UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANNA L. DIAMOND,

    Plaintiff,

v.                                                                                 Case No. 1:17-cv-576
                                                                                 Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

      In accordance with the Opinion filed this date:

      The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

      **IT IS SO ORDERED**.


Dated: September 24, 2018                          /s/ Ray Kent
                                                                United States Magistrate Judge